```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   EASTERN DIVISION
```

MARTHA RAMSEY, on behalf of
  CHRISTOPHER BRITTIAN,                                  Plaintiff

v.                           2:08CV00090 SWW/HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                Defendant

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Henry L. Jones. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 15th day of September, 2009.

                                                   /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE